JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BEN FRANKLIN INVESTMENT CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion to vacate judgment granted.   No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BEN FRANKLIN INVESTMENT CORPORATION and " ROBERT " HAWLEY TRUAX, the First Name " Robert " Being Fictitious, etc., the Person Intended Being Known as R. HAWLEY TRUAX, Appellants.— Order in so far as it denies the motion of the defendant Ben Franklin Investment Corporation to set aside service of the summons and complaint upon it reversed, and motion granted; and as so modified the order appealed from is affirmed, without costs, with leave to the defendant R. Hawley Truax to answer within ten days from service of order.   It clearly appears that the corporate defendant was not doing business in this State.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, Appellant, v. NATIONAL SURETY CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, Respondent, v. NATIONAL SURETY CORPORATION, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs.   (See *First Bank of Notasulga* v. *Casualty Co. of America*, 176 App. Div. 109.)   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LENA KNIGHT, Appellant, v. ALBERT MANLY KNIGHT, Respondent.— Judgment affirmed.   No opinion.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin and Untermyer, JJ., dissent and vote for reversal and a new trial.

SPEAR SECURITIES CORPORATION, Appellant, v. WHITECOURT CONSTRUCTION CORPORATION, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CATHERINE GROSSMAN, as Administratrix, etc., of WILLIAM SCHOLL, Deceased, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent, Impleaded with Another.*— Judgment so far as appealed from reversed, with costs and the verdict reinstated.   No opinion.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. HENRY BRAVIN and BUCKINGHAM PHARMACY, INC., Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.